**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- ---------------------------------------------------------------- x

SIMON ISAKOV, on behalf of himself and     :    Case no. 1:25-cv-2526
all others similarly situated,                     :
                                             :

           Plaintiffs,             :

                             :    **NOTICE OF VOLUNTARY**
          v.                        **DISMISSAL WITH**
                                           **PREJUDICE**

Obika NY Madison, LLC               :

           Defendant.           :
                                               :
                                               :
                                               :
                                               :

- ------------------------------------------------------------- x

     **PLEASE TAKE NOTICE,** that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

     Dated: September 9, 2025

                                           EQUAL ACCESS LAW GROUP, PLLC
                                           *Attorneys for Plaintiff*

                                           **/s/ Michael H. Cohen**
                                           By: Michael H. Cohen, Esq.
                                           68-29 Main Street,
                                           Flushing, NY 11367
                                           Tel: (917)-437-3737
                                           Email: mcohen@ealg.law